# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Greenville Hospital System, | ) CIVIL ACTION NO. 6:09-cv-670-HFF |
| | ) |
| Plaintiff, | ) **CONSENT ORDER FOR** |
| | ) **EXTENSION OF TIME TO** |
| -versus- | ) **COMPLY WITH THE SPECIALIZED** |
| | ) **CASE MANAGEMENT ORDER** |
| Connecticut General Life Insurance Company, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT APPEARING that the Plaintiff, Greenville Hospital System, brought this action against the Defendant, Connecticut General Life Insurance Company ("CIGNA"), under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA"); and

SERVICE WAS effected on Defendant CIGNA on February 12, 2009; and

PURSUANT to Local Civil Rule 12.01 DSC, counsel for Plaintiff granted an extension of time for Defendant CIGNA to respond to the Summons and Complaint; CIGNA filed its responsive pleading; the Specialized Case Management Order was filed on March 19, 2009; and it

FURTHER APPEARING that Defendant CIGNA has informed counsel for Plaintiff that the plans under which the plan participants/beneficiaries were covered were self-funded plans and has provided counsel for Plaintiff with one of the plan documents. As such, counsel for Plaintiff would like to exhaust the plan remedies as stated in the plan documents; and it

FURTHER APPEARING that the requested extension will not affect any other deadlines; now, therefore,

-1-

UPON MOTION of Linda C. Garrett, Esquire of LADDAGA - GARRETT, P.A., as counsel for Plaintiff, and with the consent of William C. Wood, Jr. Esquire of NELSON MULLINS RILEY & SCARBOROUGH LLP, as counsel for Defendant CIGNA, it is

ORDERED that Plaintiff and Defendant are granted an extension of ___60___ days from the date of this Order to comply with the Specialized Case Management Order filed in this action, and it is

**SO ORDERED.**

s/Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

DATED: __May 19__, 2009.

_____, South Carolina.

**WE SO MOVE:**

*LADDAGA - GARRETT, P.A.*

By: __/s/ Linda C. Garrett__
      Linda C. Garrett, Esquire
      Federal Identification No. 6493
      P.O. Box 62498
      North Charleston, SC 29419
      Phone: (843) 207-5040
      Fax: (843)207-5045
      E-Mail: garrett@sehealthlaw.com

Attorneys for Plaintiff

**WE CONSENT:**

*NELSON MULLINS RILEY & SCARBOROUGH LLP*

By: /s/ William C. Wood, Jr.
     William C. Wood, Jr., Esquire
     Federal Identification No. 5731
     P.O. Box 11070
     Columbia, SC 29201
     Phone: (803)799-2000
     Fax: (803)256-7500

Attorneys for Defendant